JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUANGCHENG ZHU, et al.,<br>Plaintiff,<br>v.<br>ALEJANDRO MAYORKAS, et al.<br>Defendants. | CV 26-4216 PA (PVCx)<br>JUDGMENT OF DISMISSAL |

Pursuant to the Court's September 8, 2026 Minute Order dismissing this action for failure to timely serve defendants under Federal Rule of Civil Procedure 4(m) and for lack of prosecution,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: September 8, 2026

Percy Anderson
UNITED STATES DISTRICT JUDGE